THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Christopher Hallman,       
Appellant.
 
 
 

Appeal From Richland County
L. Henry McKellar, Circuit Court Judge

Unpublished Opinion No. 2003-UP-410
Submitted April 18, 2003 - Filed June 
 18, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Warren Blair Giese, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Appellant Christopher Hallman 
 was indicted for three counts of armed robbery, three counts of kidnapping, 
 and one count of assault and battery of a high and aggravated nature (ABHAN).  
 He pled guilty to all of the charges.  The trial court sentenced him to ten 
 years for ABHAN and thirty years on each of the remaining charges, with the 
 sentences concurrent and credit for time served.  Counsel for Hallman attached 
 to the final brief a petition to be relieved as counsel.  Hallman filed a pro 
 se response.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Hallmans appeal 
 and grant counsels petition to be relieved.
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.